UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MONIQUE SHAWNYA FARMER,<br><br>   Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>   Defendant. | No. 5:20-cv-00564-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation (Dkt. 20), IT IS ORDERED that Plaintiff shall be awarded attorney's fees of $1,500 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: November 04, 2020

_____
JOHN D. EARLY
United States Magistrate Judge